
FILED
Jan 19, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>      v.<br><br>PABLO CASTANEDA,<br>ANGELICA ROMO, and<br>GISELE CARRILLO CORRAL,<br>                   Defendants. | CASE NO. 1:23-MJ-00005-EPG<br><br>ORDER TO UNSEAL COMPLAINT |

    Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted Complaint filed on January 10, 2023, and docket pertaining to all named defendants, be unsealed and become public record.

DATED: Jan 19, 2023

                                            HON. ERICA P. GROSJEAN
                                            U.S. MAGISTRATE JUDGE