PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:    (559) 497-4000
Facsimile:    (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO VALENTE CASTANEDA, ANGELICA MARIE ROMO, AND GISELLE CARILLO CORRAL,<br><br>Defendants. | CASE NO.  1:23-CR-00014-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 12, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on July 12, 2023.

2.    By this stipulation, defendants now move to continue the status conference until October 25, 2023, and to exclude time between July 12, 2023, and October 25, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)    Counsel for defendants desire additional time to further review discovery, discuss

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    potential resolution with his client and the government, and investigate and prepare for trial.

2            c)       Counsel for defendants believe that failure to grant the above-requested

3    continuance would deny him/her the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5            d)       The government does not object to the continuance.

6            e)       Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9            f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of July 12, 2023 to October 25, 2023,

11   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

12   because it results from a continuance granted by the Court at defendants' request on the basis of

13   the Court's finding that the ends of justice served by taking such action outweigh the best interest

14   of the public and the defendants in a speedy trial.

15           g)       The parties also agree that this continuance is necessary for several reasons,

16   including but not limited to, the need to permit time for the parties to exchange supplemental

17   discovery, engage in plea negotiations, and for the defense to continue its investigation and

18   preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

19       4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

20   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

21   must commence.

22           IT IS SO STIPULATED.

23

24    Dated:  June 30, 2023                                    PHILLIP A. TALBERT
                                                               United States Attorney

25

26                                                             /s/ STEPHANIE M. STOKMAN
                                                               STEPHANIE M. STOKMAN
27                                                             Assistant United States Attorney

28

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  June 30, 2023

2

3

/s/ NICHOLAS REYES
NICHOLAS REYES
Counsel for Defendant
PABLO VALENTE
CASTANEDA

4

Dated:  June 30, 2023

5

6

/s/ GRIFFIN ESTES
GRIFFIN ESTES
Counsel for Defendant
GISELLE CARILLO CORRAL

7

Dated:  June 30, 2023

8

9

/s/ ANTHONY CAPOZZI
ANTHONY CAPOZZI
Counsel for Defendant
ANGELICA MARIE ROMO

10

11

## **ORDER**

12

IT IS SO ORDERED that the status conference is continued from July 12, 2023, to **October 25,**

13

**2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18

14

U.S.C.§ 3161(h)(7)(A), B(iv).

15

16

IT IS SO ORDERED.

17

Dated:   **June 30, 2023**

18

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3