1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  GRIFFIN ESTES, CA Bar # 322095
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   GISELLE CARRILLO CORRAL

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  1:23-cr-00014-ADA-BAM-3

12             Plaintiff,              **STIPULATION TO RESET CHANGE OF
                                       PLEA HEARING;  ORDER**
13  vs.

14                                     Date:    October 2, 2023
    GISELLE CARRILLO CORRAL           Time:   8:30 a.m.
15                                     Judge:  Hon. Ana de Alba
              Defendant.
16

17

18         IT IS HEREBY STIPULATED, by and between the parties through their respective

19  counsel, Assistant United States Attorney Stephanie M. Stokman, counsel for plaintiff, and

20  Assistant Federal Defender Griffin Estes, counsel for GISELLE CARRILLO CORRAL, that the

21  Court may reset the currently scheduled change of plea hearing in this case. The parties stipulate

22  that the change of plea hearing may be moved from October 2, 2023, to October 10, 2023.

23         Based on the above, the parties further agree that the ends of justice served by continuing

24  the case as requested outweigh the interest of the public and the defendant in a trial within the

25  original date prescribed by the Speedy Trial Act. Accordingly, for the purpose of computing time

26  under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the

27  time period of October 2, 2023, to October 10, 2023, inclusive, is excludable pursuant to 18 U.S.

28  C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  September 12, 2023          */s/ Stephanie Stokman*
                                    STEPHANIE STOKMAN
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


Dated:  September 12, 2023          HEATHER E. WILLIAMS
                                    Federal Defender


                                    */s/  Griffin Estes*
                                    GRIFFIN ESTES
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    GISELLE CARRILLO CORRAL


# **O R D E R**

Upon the parties' stipulation and for good cause shown, the Court hereby continues the

change-of-plea hearing currently scheduled for October 2, 2023, to October 10, 2023, at 8:30

a.m.. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*,

within which trial must commence, the time period of October 2, 2023, to October 10, 2023,

inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).



IT IS SO ORDERED.

   Dated:    September 12, 2023        _____
                                       UNITED STATES DISTRICT JUDGE

Corral – Stipulation to Continue                    -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Corral – Stipulation to Continue